IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIMENSIONS MEDICAL CENTER, LTD., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>   v.<br><br>MEDICAL EQUIPMENT SALES ASSOCIATES, INC., and JOHN DOES 1-12<br><br>                Defendants. | No. 16-cv-5611<br><br>Hon. Virginia M. Kendall |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Dimensions Medical Center, Ltd. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and, as this action was filed as a class action, under Fed. R. Civ. P. 23, hereby voluntarily dismisses this action without prejudice, and without taxation of costs.

June 2, 2016

Respectfully submitted,

DIMENSIONS MEDICAL CENTER, LTD., individually and as the representative of a class of similarly-situated persons

By:   /s/ Phillip A. Bock

Phillip A. Bock
Tod A. Lewis
James M. Smith
BOCK & HATCH, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500
phil@bockhatchllc.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 4, 2016, I caused the foregoing to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                              /s/ Phillip A. Bock